UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00194-MOC

| | | |
|---|---|---|
| **BILTMORE INVESTMENTS, LTD.,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TD BANK, N.A.,** | ) | |
| | ) | |
| Appellee. | ) | |

**THIS MATTER** is before the court on appellant's Motion for Order Delaying Briefing Schedule. Having considered appellant's motion and reviewed the pleadings, and it appearing that good cause has been shown and that counsel for appellee has been consulted and concurs, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that appellant's Motion for Order Delaying Briefing Schedule (#12) is GRANTED, and the time for filing Appellant's brief is ENLARGED to March 25, 2016, and the time for filing Appellee's brief is ENLARGED to April 8, 2016.

Signed: January 12, 2016

Max O. Cogburn Jr
United States District Judge

-1-