UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00194-MOC

| | |
|---|---|
| **BILTMORE INVESTMENTS, LTD.**, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **TD BANK, N.A.**, ) | |
| ) | |
| Appellee. ) | |

**THIS MATTER** is before the court on the court's own Motion to schedule this matter for a status conference. This bankruptcy appeal was filed in September 2015. On January 12, 2016, the court granted Appellant's Motion to extend the briefing schedule in this matter and allowed Appellant an additional sixty (60) days to file its brief, making the deadline March 25, 2016. See (#13). Appellant failed to file a brief within the time allowed. The court conferred with all counsel of record on April 4, 2016 about the missed briefing deadline, and requested that the parties provide the court with information as to the status of this case and an explanation as to the missed deadline. Another week has passed since that communication between the court and counsel. Counsel has failed to provide the court with any additional information or explanation and has still failed to file a brief or request any relief from the court. As such, the court will calendar this matter for a hearing and require all counsel to appear, inform the court as to the status of this case, and explain the failure to follow the directives of the court.

# ORDER

**IT IS, THEREFORE, ORDERED** that the Clerk of Court place this matter on the Asheville calendar for a status conference.

Signed: April 14, 2016

Max O. Cogburn Jr
United States District Judge