# United States District Court
# Western District of North Carolina
# Asheville Division

|  |  |  |
|---|---|---|
| **BILTMORE INVESTMENTS, LTD.**, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Appellant, | ) | 1:15-cv-00194-MOC |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| **TD BANK, N.A.**, | ) |  |
|  | ) |  |
| Appellee. | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2016 Order.

June 29, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court